# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2023

## NO. 03-22-00084-CV

**Anthony V. Udenze and Fidel A. Udenze d/b/a AB's Like New Auto Sales, Appellants**

**v.**

**Monique Johnston, Director, Motor Vehicle Division Texas DMV, Appellee**

### DIRECT APPEAL FROM THE TEXAS DEPARTMENT OF MOTOR VEHICLES
### MOTOR VEHICLE DIVISION
### BEFORE JUSTICES BAKER, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the final order signed by the Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles on November 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the Director's final order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.